```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04349
    LAURA W BULLOCKS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-7958


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/12/2007 and was not confirmed.

      The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ACC CONSUMERS              SECURED VEHIC    6657.44           .00         350.00
ACC CONSUMER FINANCE L     UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED          .00            .00
200CASH.COM                UNSECURED       NOT FILED          .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00            .00
CASHNET USA                UNSECURED       NOT FILED          .00            .00
CASH TRANSFER CENTERS      UNSECURED       NOT FILED          .00            .00
SPRINT PCS                 UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED           60.00          .00            .00
COMPUTER CREDIT            UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         1070.24          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          863.13          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          334.36          .00            .00
MTE FINANCIAL SERVICES     UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
PAYDAY LOAN                UNSECURED       NOT FILED          .00            .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED          .00            .00
PLAINS COMMERCE BANK       UNSECURED          440.64          .00            .00
RIDDLE & ASSOCITES         UNSECURED       NOT FILED          .00            .00
TRIBUTE                    UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         2609.38           .00            .00
CASHNET USA                UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REV       PRIORITY          120.00           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,794.00                     1,457.97
TOM VAUGHN                 TRUSTEE                                         124.03
```

                      PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 04349 LAURA W BULLOCKS

```
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,932.00

PRIORITY                                              .00
SECURED                                            350.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,457.97
TRUSTEE COMPENSATION                               124.03
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                   1,932.00              1,932.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/28/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 04349 LAURA W BULLOCKS